UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ROBERT I. ARCHIE,

    Plaintiff,

v.

STATE OF NEW JERSEY, et al.,

    Defendants.

Civil Action No. 19-21151 (MAS) (DEA)

**MEMORANDUM ORDER**

This matter comes before the Court upon a review of the docket. On December 10, 2019, Chief Judge Freda Wolfson dismissed without prejudice Plaintiff Robert Archie's ("Plaintiff") Complaint and ordered Plaintiff to file an amended complaint within thirty days of the date of the Order or the action will be closed. (Order 3, ECF No. 4.) Plaintiff has not filed an amended complaint within thirty days of the December 10, 2019, Order.

Accordingly,

**IT IS** on this 29th day of January 2020 **ORDERED** that:

1. This matter is closed.
2. The Clerk of the Court shall terminate this action.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE